**Motion Granted; Appeal Dismissed and Memorandum Opinion filed May 12, 2016.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-14-00924-CV

---

## VINCENT ANTHONY MATASSA AND ADAM HENRY ROBISON, Appellants

## V.

## BRIGHTOIL PETROLEUM (USA), INC., Appellee

---

**On Appeal from the 234th District Court
Harris County, Texas
Trial Court Cause No. 2012-37056**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed September 4, 2014. On May 5, 2016, the parties filed a joint motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Jamison, Donovan, and Brown.